482 A.2d 1277

**In re INCOMPATIBILITY OF OFFICE OF RECORDER OF DEEDS AND COUNTY COMMISSIONER IN BUCKS COUNTY, A COUNTY OF the THIRD CLASS.**

**Appeal of Andrew L. WARREN.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1984.

Decided Nov. 5, 1984.

Thomas E. Mellon, Jr., Doylestown, for appellee.

Robert L. White, Langhorne, for appellant.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal quashed.